FILED

2003 OCT 20 P 12: 28

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARNOLD L. WHITAKER<br>    Plaintiff | : |
| VS. | : CIVIL NO. 3:03 CV 1025 (JCH) |
| CITY OF NEW HAVEN POLICE DEPARTMENT<br>    Defendant | : JURY TRIAL REQUESTED<br>: OCTOBER 17, 2003 |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance for the defendant.

Dated: October 17, 2003

THE DEFENDANT

BY: _____
Jonathan H. Beamon
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510
Telephone (203) 946-7958
Federal Bar No. ct22937

## CERTIFICATION

This is to certify that on this 17th day of October, 2003, a copy of the foregoing Appearance has been mailed, postage prepaid, to the following counsel and pro se parties of record:

Arnold L. Whitaker, Sr., pro se
175 Franklin Street, Apt. 904
New Haven, CT 06511

_____
Jonathan H. Beamon