FILED

2003 NOV 17 P 12: 37

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARNOLD WHITAKER<br>*Plaintiff*<br>V.<br><br>WAYNE BULLOCK,<br>MICHAEL PUNZO,<br>SCOTT DURKIN<br>*Defendants.* | : 3:03CV01025 (JHC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: NOVEMBER 14, 2003 |

# APPEARANCE

To the clerk of Court and all counsel of record, please enter my appearance on behalf of the plaintiff, Arnold Whitaker, in the above matter.

THE PLAINTIFF

BY _____
DAWNE WESTBROOK
Federal Bar No. ct21987
PO BOX 2502
Middletown, CT 06457
860 538 3498
FAX: 860 346 1028

## CERTIFICATION

This is to certify that on the above date a copy of the foregoing was mailed postage paid to the following:

Jonathan Beamon
Assistant Corporation Counsel
City of New Haven
165 Church St., 4th floor
New Haven, CT 06510

*Dawne West*