FILED

2003 NOV 17 P 12: 38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| **ARNOLD WHITAKER** | : | 3:03CV01025 (JHC) |
| *Plaintiff* | : | |
| **V.** | : | |
| | : | |
| **CITY OF NEW HAVEN** | : | |
| **POLICE DEPARTMENT** | : | |
| *Defendant.* | : | **NOVEMBER 14, 2003** |

## MOTION TO AMEND

Pursuant to Fed. Rule Civ. Pro. 15, comes now the plaintiff and request permission to amend the above captioned complaint.  In support of said motion, the plaintiff represents the following:

1. The plaintiff filed the pending action pro se.

2. The plaintiff has now retained counsel.

3. The proper parties to this action are individual defendants.

4. The defendant(s) will not be prejudiced by an amendment to the Complaint.

5. Counsel for the defendants has been contacted and has no objection to the amendment.

6. Counsel for the defendant has agreed to waive service on the individual

defendants.

The plaintiff submits herewith the proposed Amended Complaint.


THE PLAINTIFF

BY _____

DAWNE WESTBROOK
Federal Bar No. ct21987
PO BOX 2502
Middletown, CT 06457
860 538 3498
FAX: 860 346 1028
Westbrook4@msn.com
His Attorney

## **CERTIFICATION**

This is to certify that on the above date a copy of the foregoing was mailed postage paid to the following:

Jonathan Beamon
Assistant Corporation Counsel
City of New Haven
165 Church St., 4th floor
New Haven, CT 06510