FILED

2003 NOV 17 P 12: 38

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ARNOLD WHITAKER** | : | 3:03CV01025 (JHC) |
| *Plaintiff* | : | |
| V. | : | |
| | : | |
| **CITY OF NEW HAVEN** | : | |
| **POLICE DEPARTMENT** | : | |
| *Defendant.* | : | NOVEMBER 14, 2003 |

## MOTION TO AMEND

Pursuant to Fed. Rule Civ. Pro. 15, comes now the plaintiff and request permission to amend the above captioned complaint. In support of said motion, the plaintiff represents the following:

1. The plaintiff filed the pending action pro se.

2. The plaintiff has now retained counsel.

3. The proper parties to this action are individual defendants.

4. The defendant(s) will not be prejudiced by an amendment to the Complaint.

5. Counsel for the defendants has been contacted and has no objection to the amendment.

GRANTED. Absent Objection. SO ORDERED. Janet C. Hall, U.S.D.J. 11/17/03