UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARNOLD WHITAKER<br>    *Plaintiff*<br>V.<br><br>WAYNE BULLOCK,<br>MICHAEL PUNZO,<br>SCOTT DURKIN<br>    *Defendants*. | 3:03CV01025 (JHC)<br><br><br><br><br><br>NOVEMBER 14, 2003 |

## AMENDED COMPLAINT

**I.  PRELIMINARY STATEMENT**

1. This is an action to redress the deprivation of rights secured by the Fourth Amendment of the United States Constitution. The plaintiff charges the defendants with illegal search, false arrest, malicious prosecution and the use of unreasonable force.

**II.  JURISDICTION**

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and §§ 1983, 1988 and 12132 of Title 42 of the United States Code.

**III.  PARTIES**

3. During all times mentioned in this action, the plaintiff was, and still is, an adult citizen of the United States residing in New Haven, Connecticut.

4. During all times mentioned in this action, the defendants and each of them were duly appointed officers in the police department of New Haven, Connecticut, acting in their official capacities. They are sued, however, in their individual capacities.

5. During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the Constitution, statutes, laws, charter, ordinances, rules, regulations, customs and usages of the State of Connecticut and the City of New Haven.

6. At all times mentioned in this Complaint, the individual defendants acted jointly and in concert with each other. Each defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other defendants but each defendant failed and refused to perform such duty, thereby proximately causing the plaintiff's injuries herein complained of.

IV.     **FACTS**

**Fourth Amendment Violations**

7. On or about March 8, 2003, the plaintiff was approached by defendants Bullock and Punzo.

8. As the plaintiff was proceeding down the street, the two defendants demanded that the plaintiff identify himself.

9. After the plaintiff complied, the defendants began patting the plaintiff down.

10. A third officer, defendant Durkin, then arrived on the scene.

11. Without provocation, the defendants began physically assaulting the plaintiff.

   a. The plaintiff was knocked to the ground;

   b. the plaintiff was punched in his face;

   c. the plaintiff was kicked in his face, back, legs and head;

   d. the plaintiff was struck with a police baton.

12. The plaintiff sustained injuries that required immediate medical attention at the scene.

13. The defendants then charged the plaintiff with crimes.

14. The plaintiff was made to attend Court and face possible incarceration as a result of those charges.

15. The charges against the plaintiff were lacking in probable cause.

16. Those charges were nolled by the State of Connecticut.

17. The charges were made with malice .

18. The charges were made for the purpose of causing the plaintiff further harm.

19. In the manner described above, the plaintiff charges the defendants with illegal search, false arrest, malicious prosecution and unreasonable force in violation of the Fourth Amendment to the United States Constitution.

**WHEREFORE,** the plaintiff claims judgment against the defendants and each of them, jointly and severally, as follows:

A. Compensatory damages in an amount this Court shall consider to be just, reasonable and fair;

B. Punitive damages in an amount this Court shall consider to be just, reasonable and fair;

C. Attorney fees and the costs of this action pursuant to 42 USC § 1988;

D. Such other relief as this Court shall consider to be fair and equitable.

### CLAIM FOR JURY TRIAL

The plaintiff claims trial by jury of all issues in this case.

THE PLAINTIFF

BY _____
DAWNE WESTBROOK
Federal Bar No. ct21987
PO BOX 2502
Middletown, CT 06457
860 538 3498
FAX: 860 346 1028
Westbrook4@msn.com
His Attorney

## CERTIFICATION

This is to certify that on the above date a copy of the foregoing was mailed postage paid to the following:

Jonathan Beamon
Assistant Corporation Counsel
City of New Haven
165 Church St., 4th floor
New Haven, CT 06510

*Dawne West*