**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ARNOLD L. WHITAKER | : | |
|     Plaintiff | : | |
| | : | |
| VS. | : | CIVIL NO. 3:03 CV 1025 (JCH) |
| | : | |
| WAYNE BULLOCK, MICHAEL PUNZO & | : | |
| SCOTT DURKIN | : | |
|     Defendants | : | FEBRUARY 24, 2004 |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance for the defendants.


Dated: February 24, 2004                    THE DEFENDANTS


                                                                                BY:_____
                                                                                Jonathan H. Beamon
                                                                                Assistant Corporation Counsel
                                                                                City of New Haven
                                                                                165 Church Street, 4th Floor
                                                                                New Haven, CT 06510
                                                                                Telephone (203) 946-7958
                                                                                Federal Bar No. ct22937

## **C E R T I F I C A T I O N**

      This is to certify that on this _____ day of February 2004, a copy of the foregoing Appearance has been mailed, postage prepaid, to the following counsel and pro se parties of record:

Dawne Westbrook, Esq.  
P.O Box 2502  
Middletown, CT  06457

                                                      _____  
                                                     Jonathan H. Beamon

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*  
*165 Church Street, New Haven, CT 06510*  
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*