## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARNOLD L. WHITAKER | : | |
|     Plaintiff | : | |
| | : | |
| VS. | : | CIVIL NO. 3:03 CV 1025 (JCH) |
| | : | |
| WAYNE BULLOCK, MICHAEL PUNZO & | : | |
| SCOTT DURKIN | : | |
|     Defendants | : | FEBRUARY 24, 2004 |

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT

1. As to the allegations of Paragraph 1, the plaintiff cites a legal conclusion to which no response is required.

2. As to the allegations of Paragraph 2, the plaintiff cites a legal conclusion to which no response is required.

3. Paragraph 3 is admitted.

4. The defendants admit the allegations of Paragraph 4.

5. The defendants admit that they were acting under color of law as that term has been defined by the Federal courts.

6. Paragraph 6 is denied.

7. Paragraph 7 is admitted.

8. Paragraph 8 is admitted.

9. Paragraph 9 is admitted.

10. Paragraph 10 is admitted.

11. As to the allegations of Paragraph 11, the defendants deny the portions of the paragraph that read "without provocation" and "assaulting." The defendants admit that "the plaintiff was struck with a police baton," that he "was knocked to the ground" and that he was "punched in the face." As to the remainder of the Paragraph 11, the defendants have insufficient information upon which to form a belief, and therefore, leave the plaintiff to his burden of proof.

12. As to the allegations of Paragraph 12, the defendants have insufficient information upon which to form a belief, and therefore, leave the plaintiff to his burden of proof.

13. Paragraph 13 is admitted.

14. As to the allegations of Paragraph 14, the defendants have insufficient information upon which to form a belief, and therefore, leave the plaintiff to his burden of proof.

15. Paragraph 15 is denied.

16.  As to the allegations of Paragraph 16, the defendants have insufficient information upon which to form a belief, and therefore, leave the plaintiff to his burden of proof.

17.  Paragraph 17 is denied.

18.  Paragraph 18 is denied.

19.  Paragraph 19 is denied.

## BY WAY OF AFFIRMATIVE DEFENSE

**FIRST AFFIRMATIVE DEFENSE:**

At all relevant times, the defendants were government employees whose actions were discretionary, and additionally, one or both of the following would apply:

(a)  The defendants' actions did not violate any of the plaintiff's clearly established rights under the constitution and laws of the United States;

(b)  it was objectively reasonable for the defendants to believe that their actions were lawful.

The defendants are entitled to qualified immunity from suit for the actions alleged.

**SECOND AFFIRMATIVE DEFENSE:**

The plaintiff's complaint fails to state a claim upon which relief can be granted.

THE DEFENDANTS


BY:_____
Jonathan H. Beamon
Assistant Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Federal Bar No. ct22937
E-mail: jbeamon@newhavenct.net


## **C E R T I F I C A T I O N**

    This is to certify that on this _____ day of February, 2004, a copy of the foregoing has been mailed or delivered to the following counsel of record:

Dawne Westbrook, Esq.
P.O Box 2502
Middletown, CT  06457

_____
Jonathan H. Beamon