CT/cvjysel (January 18, 2002)

HONORABLE __HALL__
DEPUTY CLERK __BOROSKET__   RPTR/ERO/TAPE __FIBANZA__

TOTAL TIME: ___ hours __5__ minutes

DATE __2-24-04__   START TIME __3:00__   END TIME __3:05__
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. __3:03CV1025JCH__

__WHITAKER__
vs.
__NEW HAVEN POLICE__

§
§
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

__DAWN WESTBROOK__
Plaintiffs Counsel

__J. BEAMON__
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑......  ☑ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☐......  ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐.....#_  Motion _____  ☐ granted ☐ denied ☐ advisement
☐.....#_  Motion _____  ☐ granted ☐ denied ☐ advisement
☐.....#_  Motion _____  ☐ granted ☐ denied ☐ advisement
☐.....#_  Motion _____  ☐ granted ☐ denied ☐ advisement
☐......  _____  ☐ filed ☐ docketed
☐......  _____  ☐ filed ☐ docketed
☐......  _____  ☐ filed ☐ docketed
☐......  _____  ☐ filed ☐ docketed
☐......  _____ # jurors present
☐......  Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐......  Voir Dire by Court
☐......  Peremptory challenges exercised (See attached)
☐......  Jury of ___ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐......  Remaining jurors excused
☐......  Discovery deadline set for _____
☐......  Disposition Motions due _____
☐......  Joint trial memorandum due _____
☐......  Trial continued until _____ at _____

☐ COPY TO: JURY CLERK