**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ARNOLD L. WHITAKER | : | |
|     Plaintiff | : | |
| | : | |
| VS. | : | CIVIL NO. 3:03 CV 1025 (EBB) |
| | : | |
| WAYNE BULLOCK, MICHAEL PUNZO & | : | |
| SCOTT DURKIN | : | |
|     Defendants | : | AUGUST 3, 2004 |

**JOINT TRIAL MEMORANDUM**

1. **TRIAL COUNSEL:**

   Plaintiff:                Dawne Westbrook, Esq.
                             P.O. Box 2502
                             Middletown, CT  06457
                             Tel No. (860) 538-3498
                             Fax No. (203) 346-1028
                             Federal Bar No. #ct21987
                             E-Mail: justice@dawnewestbrooklaw.com

   Defendants:               Jonathan H. Beamon
                             Assistant Corporation Counsel
                             City of New Haven
                             Office of Corporation Counsel
                             165 Church Street
                             New Haven, CT 06510
                             Tel. No. (203) 946-7958
                             Fax No. (203) 946-7942
                             Federal Bar No #ct22937
                             E-mail: jbeamon@newhavenct.net

*OFFICE OF THE CORPORATION COUNSEL ∙ CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 ∙ Facsimile (203) 946-7942 ∙ Juris No. 42715*

1

**2.**   **JURISDICTION:**

Jurisdiction of the Court is invoked under the 42 U.S.C. §1983.

**3.**   **JURY/NON-JURY:**

This case is to be tried to the jury.

**4.**   **LENGTH OF TRIAL:**

One to two days of trial time. The plaintiff reserves the right to make an opening statement.  The defendant requests that no opening statements be allowed.

**5.**   **FURTHER PROCEEDINGS:**

The parties do not presently anticipate further proceedings.

**6.**   **NATURE OF CASE:**

The plaintiff claims he was falsely arrested, maliciously prosecuted and was subject to an unreasonable amount of force at the hands of the defendant police officers Bullock, Punzo and Durkin on or about March 8, 2003 in New Haven, Connecticut.  All of the defendants were acting in their official capacities but are sued only in their individual capacities.  During all times mentioned in plaintiff's Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, charter, ordinances, rules, regulations, customs and usages of the State of Connecticut and the City of New Haven.

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

2

**7.     PLAINTIFF'S CONTENTIONS:**

The plaintiff claims he was falsely arrested, maliciously prosecuted and was subject to an unreasonable amount of force at the hands of the defendant police officers Bullock, Punzo and Durkin.

**8.     DEFENDANTS' CONTENTIONS:**

The individual defendants deny the material allegations of the plaintiffs' complaint which allege they acted with deliberate indifference to the plaintiff's rights.  First, the defendants assert that they had probable cause to arrest the plaintiff.  Second, the defendants were governmental employees whose actions were discretionary, and their actions did not violate any of the plaintiff's clearly established rights under the Constitutional and laws of the United States and it was objectively reasonable for them to believe that their actions were not unlawful.

**9.     LEGAL ISSUES**:

   A.     Was there probable cause to arrest the plaintiff?

   B.     Was the plaintiff subjected to an unreasonable amount of force?

   C.     Are the defendants entitled to qualified immunity for their actions in this case?

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

3

**10. TRIAL BY MAGISTRATE JUDGE:**

The plaintiff agrees to a trial by a Magistrate Judge.

The defendants do <u>not</u> agree to trial by a Magistrate Judge.

**11. LIST OF WITNESSES:**

Plaintiff's Witnesses:

    a)    Arnold Whitaker, plaintiff, New Haven, CT. He will testify concerning all of the allegations of the complaint.

    b)    Clayton Parker, New Haven, CT. He will testify as a witness to the events alleged in the plaintiff's complaint.

    c)    Karen Hargett, New Haven, CT. She will testify as a witness to the events alleged in the plaintiff's complaint.

    d)    Chaizelle Reed, New Haven, CT. She will testify as a witness to the events alleged in the plaintiff's complaint.

The plaintiff reserves the right to call any of the defendant's witnesses.

Defendants' Witnesses:

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

4

      a)    Wayne Bullock, One Union Avenue, New Haven, CT 06519. Officer Bullock will testify as to his knowledge and/or participation in the events that are enumerated in plaintiff's complaint.

      b)    Michael Punzo, One Union Avenue, New Haven, CT 06519. Officer Punzo will testify as to his knowledge and/or participation in the events that are enumerated in plaintiff's complaint.

      c)    Scott Durkin, One Union Avenue, New Haven, CT 06519. Officer Durkin will testify as to his knowledge and/or participation in the events that are enumerated in plaintiff's complaint.

The defendants reserve the right to call any of the plaintiff's witnesses.

**12.**   **EXHIBITS:**

Plaintiffs' Exhibits:

    1.    Photographs of plaintiff after the subject incident.

    2.    Medical report of injuries suffered by the plaintiff.

Defendants' Exhibits:

    1.    Police Report dated March 8, 2003.

*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

5

The parties reserve the right to any of the respective parties' exhibits, to offer rebuttal exhibits for impeachment purposes and to supplement their exhibit list prior to trial.

**13. TRIAL TO JURY:**

Stipulations of Fact and Law:

    a) That at all times mentioned in plaintiff's complaint, all defendants were police officers in New Haven Department of Police Services.

    b) That at all times mentioned in plaintiff's complaint, the individual defendants were acting under color of law.

**14. ANTICIPATED EVIDENTARY PROBLEMS:**

The parties will exchange exhibit notebooks prior to trial. The parties will exchange lists of exhibits to which they do not object to full admission into evidence by the trial date.

**15. PROPOSED VOIR DIRE QUESTIONS:**

The plaintiff's Proposed Voir Dire Questions are being filed separately with this Memorandum.

The defendants attach their Proposed Voir Dire Questions to this Memorandum.

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

6

**16.** **PROPOSED JURY INSTRUCTIONS:**

The plaintiff's Proposed Jury Instructions are being filed separately with this Memorandum.

The defendants' Proposed Jury Instructions are attached to this Memorandum.

          THE PLAINTIFF

          BY:_____
          Dawne Westbrook, Esq.
          P.O. Box 2502
          Middletown, CT  06457
          Tel No. (860) 538-3498
          Fax No. (203) 346-1028
          Federal Bar No. #ct21987
          E-Mail: justice@dawnewestbrooklaw.com

          THE DEFENDANTS

          By:_____
          Jonathan H. Beamon
          Assistant Corporation Counsel
          City of New Haven
          165 Church Street, 4th floor
          New Haven, CT  06510
          (203) 946-7958
          Federal Bar No. #ct22937
          E-Mail: jbeamon@newhavenct.net

Date:_____

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

7

## **C E R T I F I C A T I O N**

     This is to certify that on this _____ day of August, 2004, a copy of the foregoing has been mailed or delivered to the following counsel of record:

Dawne Westbrook, Esq.
P.O. Box 2502
Middletown, CT  06457

                                                                          _____
                                                                          Jonathan H. Beamon

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

8