

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARNOLD WHITAKER : | 3:03CV01025 (EBB) |
| *Plaintiff* : | |
| V. : | |
| : | |
| WAYNE BULLOCK, : | |
| MICHAEL PUNZO, : | |
| SCOTT DURKIN : | |
| *Defendants.* : | AUGUST 9, 2004 |

### MOTION FOR CONTINUANCE

The undersigned counsel for the plaintiff respectfully requests a continuance of the trial in the above matter. In support of this request, the undersigned represents that:

1. The undersigned is presently pregnant and expected to deliver in early November.

2. Because of the pregnancy, the undersigned is experiencing difficulty with her sciatic nerve, which causes difficulty standing for lengthy periods of time.

3. This is the first request for a continuance.

4. Counsel for the defendant has no objection to the continuance.

5. A continuance of the above matter will not unduly prejudice either party.

THE PLAINTIFF

BY _____
DAWNE WESTBROOK
Federal Bar No. ct21987
PO BOX 2502
Middletown, CT 06457
PHONE: 860 538 3498
FAX:  860 346 1028
justice@dawnewestbrooklaw.com
His Attorney

## CERTIFICATION

This is to certify that on the above date a copy of the foregoing was mailed postage paid to the following:

Jonathan Beamon
Assistant Corporation Counsel
City of New Haven
165 Church St., 4th floor
New Haven, CT 06510

_____