UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Oct 6  3 41 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

ARNOLD WHITAKER              :
                            :
                            :
        v.                  :    Case No.   3:03CV1025(EBB)
                            :
WAYNE BULLOCK, ET AL        :
                            :
                            :
                            :

REFERRAL TO MAGISTRATE JUDGE

        This case is referred to Magistrate Judge  Joan Glazer Margolis
for the following purposes:

____    All purposes except trial, unless the parties consent to
        trial before the magistrate judge (orefcs.)

____    A ruling on all pretrial motions except dispositive motions
        (orefmisc./dscv)

____    To supervise discovery and resolve discovery disputes
        (orefmisc./dscv)

____    A ruling on the following motions which are currently
        pending: (orefm.) Doc.# _____

        _____

 X   A settlement conference (orefmisc./cnf)

____    A conference to discuss the following: (orefmisc./cnf)

        _____

        _____

____    Other: (orefmisc./misc) _____

        SO ORDERED this  6ᵗʰ day of October, 2004, at       New Haven,
Connecticut.

                            _____
                            ELLEN BREE BURNS, SENIOR JUDGE
                            UNITED STATES DISTRICT COURT