**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ARNOLD L. WHITAKER | : | |
|     Plaintiff | : | |
| | : | |
| VS. | : | CIVIL NO. 3:03 CV 1025 (EBB) |
| | : | |
| WAYNE BULLOCK, MICHAEL PUNZO & | : | |
| SCOTT DURKIN | : | |
|     Defendants | : | OCTOBER 29, 2004 |

## DEFENDANTS' REQUEST FOR CONTINUANCE

The defendants respectfully request a continuance of the settlement conference scheduled for November 3, 2004. In support of the following, the defendants submit the following:

1. Counsel for the defendants is scheduled to have jury selection before Judge Arterton in the case of Vorio v. Barrett, et al. on November 3, 2004.

2. Counsel for the plaintiff has no objection to the request for continuance.

WHEREFORE, the respondent respectfully requests a continuance of thirty (30) days of the settlement conference scheduled for November 3, 2004.

THE DEFENDANTS

By:/s/_____
Jonathan H. Beamon
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th floor
New Haven, CT  06510
(203) 946-7958
Federal Bar No. #ct22937
E-Mail: jbeamon@newhavenct.net

## **C E R T I F I C A T I O N**

This is to certify that on October 29, 2004, a copy of the foregoing has been mailed to the following counsel of record:

Dawne Westbrook, Esq.
P.O. Box 2502
Middletown, CT  06457

/s/_____
Jonathan H. Beamon