UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
ARNOLD WHITAKER,              :
              Plaintiff       :                        :
                              :
     v.                       :   3:03-CV-1025 (EBB)
                              :
                              :
WAYNE BULLOCK, MICHAEL PUNZO, :
and SCOTT DURKIN,             :
              Defendants      :
```

**ORDER**

    In a claim for malicious prosecution, it is incumbent upon the Plaintiff to demonstrate that the prior criminal proceeding terminated in his favor in order to sustain a such a claim in his pending civil action. "A *nolle prosequi* does not qualify as a favorable termination for purposes of a malicious prosecution claim." Simpson v. DeNardo, et al., 2004 WL 1737444 (D.Conn. July 29, 2004)(Kravitz,J.). *Accord* Walsh v. Sousa, 2004 WL 717169 (D.Conn. March 25, 2004)(Hall. J.) In both Simpson and Walsh, numerous citations support this rule of law.

    Accordingly, the present claim for malicious prosecution fails as a matter of law and it is hereby DISMISSED.

                                              SO ORDERED

                                              _____

                                              ELLEN BREE BURNS

                                              SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this ___ day of January, 2005.