AO 187 (Rev. 7/87) Exhibit and Witness List

United States District Court
District of Connecticut
FILED AT NEW HAVEN
1/25/2005
Kevin F. Rowe, Clerk
By M. Ruocco

DISTRICT OF CT

Arnold Whitaker v. New Haven Police Dept

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:03cv1025

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | D. Westbrooke | J. Beamon |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/24/05 – 1/25/05 | Falzarano | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | X | 1/24/05 | | | Arnold Whitaker – New Haven, CT |
| 1 | | 1/24/05 | ✓ | ✓ | Photo of injuries |
| 2 | | " | ✓ | ✓ | " " " |
| 3 | | " | ✓ | ✓ | " " " |
| 4 | | " | ✓ | ✓ | " " " |
| 5 | | " | ✓ | ✓ | " " " |
| 6 | | " | ✓ | ✓ | Copy of misdemeanor summons |
| 7 | | " | ✓ | ✓ | Medical Records |
| X | | 1/24/05 | | | Karen Hargett – New Haven, CT |
| X | | 1/24/05 | | | Clayton Parker – New Haven, CT |
| X | X | 1/24/05 | | | Wayne Bullock – New Haven, CT |
| 8 | | " | ✓ | ID | Police Report |
| | 501 | " | ✓ | ✓ | Police Report – (same as plf's 8) |
| | X | 1/24/05 | | | Scott Durkin – New Haven, CT |
| | X | 1/24/05 | | | Michael Punzo – New Haven, CT |