AO 187 (Rev. 7/87) Exhibit and Witness List   ⊛

United States District Court
Hartford of Connecti
FILED AT     NEW HA
1/25    05
Levin B. Rowe, Clerk
By   M. C. Ruocco

—————— DISTRICT OF ——————

Whitaker v. New Haven Police

CT

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3·03 CV 1025

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | D. Westbrooke | J. Bennon |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Court 1/24/05 - 1/25/05 | Falzalano | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/25/05 | | | Note from Jury w/ response from Court |
| 2 | | 1/25/05 | | | Note from Jury |
| 3 | | 1/25/05 | | | Response from Court re. #2 |
| 4 | | 1/25/05 | | | Note from Jury re: verdict |