UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARNOLD WHITAKER,
         Plaintiff   :

v.                   :    3:03-CV-1025 (EBB)

WAYNE BULLOCK, MICHAEL PUNZO, :
and SCOTT DURKIN,
         Defendants  :

## JURY INTERROGATORIES

1. Do you find that the Plaintiff has proven by a preponderance of the evidence that he was subjected to excessive force by one or more of the Defendants ?

    Wayne Bullock      ____ Yes      X No

    Michael Punzo      ____ Yes      X No

    Scott Durkin       X Yes      ____ No

If you have answered "Yes" as to any portion of Question 1, please proceed to Question Number 2. If you have answered "No" to all portions of Question 1, please proceed to Question 4.

2. Do you find that Plaintiff has proven by a preponderance of the evidence that any of these Defendants breached his legal duty to prevent any of the other Defendants from using excessive force

while placing Plaintiff under arrest ?

| | | |
|---|---|---|
| Wayne Bullock | _____ Yes | __X__ No |
| Michael Punzo | _____ Yes | __X__ No |
| Scott Durkin | _____ Yes | __X__ No |

Please proceed to Question Number 3.

3. Do you find that the Defendants, or any of them, have proven by a preponderance of the evidence that they, or any of them, are entitled to qualified immunity from the constitutional violation of excessive force ?

| | | |
|---|---|---|
| Wayne Bullock | __X__ Yes | _____ No |
| Michael Punzo | __X__ Yes | _____ No |
| Scott Durkin | __X__ Yes | _____ No |

Please proceed to Question Number 4.

4. Do you find that Plaintiff has proven by a preponderance of the evidence that he was subjected to false arrest by one or more of the Defendants ?

2

| | | | |
|---|---|---|---|
| Wayne Bullock | _____ Yes | _X_ No |
| Michael Punzo | _____ Yes | _X_ No |
| Scott Durkin | _____ Yes | _X_ No |

If you have answered "Yes" as to any portion of Question 4, please proceed to Question Number 5. If you have answered "No" to all portions of Questions 1 and 4, your deliberations are at an end. The Foreperson should sign and date this form and notify the marshal that you have reached a verdict. Your verdict will then be returned to Court.

5. Do you find that Plaintiff has proven by a preponderance of the evidence that any of these Defendants breached his legal duty to prevent any of the other Defendants from unlawfully arresting Plaintiff ?

| | | | |
|---|---|---|---|
| Wayne Bullock | _____ Yes | _X_ No |
| Michael Punzo | _____ Yes | _X_ No |
| Scott Durkin | _____ Yes | _X_ No |

Please proceed to Question 6.

3

6.  Do you find that the Defendants, or any of them, have proven by a preponderance of the evidence that they, or any of them, are entitled to qualified immunity from the constitutional violation of false arrest ?

>   Wayne Bullock      __X__ Yes    _____ No
>   Michael Punzo      __X__ Yes    _____ No
>   Scott Durkin       __X__ Yes    _____ No

If you have answered "No" to any portion of Question Number 6, please proceed to Question Number 7. If you have answered "Yes" to all portions of Questions 3 and 6, your deliberations are at an end. The Foreperson should sign and date this form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to Court.

7.  What amount of compensatory damages, if any, do you award to Plaintiff for the violation of his constitutional rights ?

>   $_____

If you have not awarded damages in Question 7, please proceed to Question 8. If you have awarded damages, please proceed to Question 9.

4

*Dawn Winton* 1/25/05

8.  What amount of money, if any, do you award to Plaintiff as nominal damages ?

$\qquad \$_____$

Please proceed to Question 9.

9.  Do you find that Plaintiff should be awarded punitive damages in order to punish the Defendants, or any of them, or to deter them, or any of them, from such future conduct ?

| | | | |
|---|---|---|---|
| Wayne Bullock | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Michael Punzo | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Scott Durkin | \_\_\_\_\_ Yes | \_\_\_\_\_ No |

If you have answered "Yes" to any portion of Question 9, please proceed to Question 10.  If you have answered "No" to Question 8, your deliberations are at an end.  The Foreperson should sign and date this form and notify the Marshal that you have reached a verdict.  Your verdict will then be returned to Court.

10. What amount of money do you award do you award as punitive damages ?

    Wayne Bullock                 $\$_____$

5

    Michael Punzo               $_____

    Scott Durkin                $_____


    Your deliberations are at an end.  The Foreperson should sign and date this form and notify the Marshal that you have reached a verdict.  Your verdict will then be returned to Court.