**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ARNOLD L. WHITAKER, SR.

     v.                              Civil No.  3:03CV1025(EBB)

NEW HAVEN POLICE DEPARTMENT

## J U D G M E N T

    This matter came on for trial before a jury and the Honorable Ellen Bree Burns, Senior United States District Judge.  On January 25, 2005, the jury returned a verdict for the defendant.

    Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant and the case is closed.

    Dated at New Haven, Connecticut this 26th day of January, 2005.

                               KEVIN F. ROWE, Clerk
                               By
                               _____/s/_____
                               Melissa Ruocco
                               Deputy Clerk

EOD : _____

2